UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHRISTOPHER STOCKTON AND TRACY TAYLOR, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC.,<br><br>          Defendant. | Case No. 3:25-cv-00176-CEA-DCP<br><br>District Judge Charles E Atchley, Jr |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that their claims in this action against Defendant Vanderbilt Mortgage and Finance, Inc. are voluntarily dismissed without prejudice. Plaintiffs' notice is timely made before Defendant served an answer or a motion for summary judgment. Parties to bear their own costs.

Dated: August 18, 2025

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR #23045)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com

Samuel J Strauss
Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
sam@straussborrelli.com

*Counsel for Plaintiffs*

1

# CERTIFICATE OF SERVICE

  I, J. Gerard Stranch, IV, hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 18th day of August, 2025.

                By: */s/ J. Gerard Stranch, IV*
                J. Gerard Stranch, IV